

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00653-CV

**IN RE** Allen J. **JONES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

Delivered and Filed:  November 4, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On October 19, 2015, relator Allen J. Jones filed a petition for writ of mandamus complaining of the trial court's order denying his motion to disqualify opposing counsel in the underlying civil suit. A separate motion for emergency relief was filed on October 22, 2015. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-16674, styled *Cearth Faire v. FMP SA Management Group, LLC d/b/a Food Management Partners, LLC; ALL Jones, LLC; Allen J. Jones, Individually; and Peter Donbavand, Individually*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.